```
         UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                            CRIMINAL ACTION NO. 2:05-000242

**SHEILA DENISE WALKER**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On June 25, 2018, the United States of America appeared by Meredith George Thomas, Assistant United States Attorney, and the defendant, Sheila Denise Walker, appeared in person and by her counsel, Michael D. Payne, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Patrick M. Fidler. The defendant commenced a five-year term of supervised release in this action on January 23, 2018, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on November 21, 2017.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect:  the defendant failed to abide by the special condition that she participate in and successfully complete the 9 to 12 month residential drug treatment program at Recovery Point inasmuch as she entered the program on January 23, 2018, and left the program on April 25, 2018, after testing positive for Gabapentin and being told that she would have to start the program over due to the positive screen; as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth

in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **THREE (3) MONTHS**, to be followed by a term of thirty (30) months of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that she participate in and successfully complete the 9 to 12 month residential drug treatment program at Recovery Point or, if unavailable, a comparable program to be designated by the probation officer, where she shall follow the rules and regulations of the facility, and participate in drug abuse counseling and treatment as directed by the probation officer.  The defendant shall report directly, without interruption, from her place of incarceration to the designated facility.

After hearing the parties respecting bond, the court ORDERED that defendant may remain on bond pending designation by the Bureau of Prisons and she shall comply with the conditions set forth in the Order Setting Conditions of Release entered in

this action on June 6, 2018. The defendant shall surrender for service of the sentence to the institution designated by the Bureau of Prisons by 2:00 p.m. on July 27, 2018.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: June 26, 2018

John T. Copenhaver, Jr.
United States District Judge